UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E. I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION

Case No. 2:13-md-2433

CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

This document relates to:

*David Freeman v. E. I. DuPont de Nemours and Company*,
Case No. 2:13-cv-1103

## CASE MANAGEMENT ORDER NO. 13-B

### Freeman Trial

The Court hereby **VACATES** the trial date of May 23, 2016, set in Case Management Order No. ("CMO") 13. (ECF No. 4263.) Mr. Freeman's trial is **RESCHEDULED** for Tuesday, May 31, 2016, at 9:00 a.m. in Courtroom 2. All other deadlines in CMO 13 remain unchanged.

**IT IS SO ORDERED.**

2-25-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE