# CIVIL MINUTES

C2- 13-1103
David Freeman vs E.I. DuPont de Nemours and Company

## CIVIL JURY TRIAL
DAY 2

### held on WEDNESDAY, 06-01-2016
8:30 AM
before Chief Judge Edmund A. Sargus, Jr.

Denise Shane, AM Court Reporter

8:30am   -   Conference with Counsel in chambers

9:15am   -   Court reconvened
         -   Opening Statement by Mr Mike Papantonio

10:55AM  Recess

11:05am  -   Continuation of Mr Papantonio's Opening Statement

11:53pm  -   Lunch Break

Darla Coulter, PM Court Reporter

1:00pm   -   Court Reconvened

         -   Opening Statement by Mr Douglas

1:50pm	-	Recess

Laura Samuels, PM Court Reporter

2:05pm	-	Opening Statement of Mr Damond Mace

4:00pm	-	Jurors excused; Court adjourned until 9:00am tomorrow; Counsel to meet at 8:30am in Chambers

(6.5 hrs)

Laura Samuels, Principal Court Reporter
Penny Barrick,  Law Clerk
Andy Quisumbing, Courtroom Deputy