# CIVIL MINUTES

C2- 13-1103
David Freeman vs E.I. DuPont de Nemours and Company

## CIVIL JURY TRIAL
DAY 23
(Week 6)

### held on TUESDAY,  07-05-2016
8:30 AM
before Chief Judge Edmund A. Sargus, Jr.

Lahana DuFour, AM Court Reporter
8:30am	-	Conference with Counsel in Courtroom

9:00am	-	Court reconvened with Jurors

	-	Closing Argument by Mike Papantonio (for Plaintiff)

10:30am	-	Recess

10:35am	-	Continuation of Mr Papantonio's Closing Argument

11:05am	-	 Closing Argument by Gary Douglas, Esq.(for Plaintiff)

12:13pm	-	LUNCH Recess

Laura Samuels, PM Court Reporter

1:15pm      -      Closing Argument by Mr Donald Mace (for Defendant)

2:55pm      -      Recess

3:20pm      -      Continuation of Mr Mace's Closing Argument

4:00pm      -      Final Argument by Mr Papantonio and Mr Douglas.

                    - - - - - - -              - - - -- - - -

4:15pm      -      CHARGE to the JURY


5:00pm      -      Court adjourned


(7 .5 Hrs.)

Laura Samuels, Principal Court Reporter
Penny Barrick,  Law Clerk
Andy Quisumbing, Courtroom Deputy