# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

DAVID FREEMAN,

    Plaintiff,

v.

E.I. DU PONT DE NEMOURS AND COMPANY,

    Defendant.

Case No. 2:13-cv-1103
CHIEF JUDGE EDMUND A. SARGUS, JR.

## JURY VERDICT FORM FOR NEGLIGENCE CLAIM

1. Do you find in favor of Mr. Freeman on his negligence claim?

    Yes: **X**
    No: ____

(All must agree)



If your answer to Question 1 is "Yes," then answer the next question.
If your answer to Question 1 is "No," do not answer the following question.

2. If you found in favor of Mr. Freeman, what damages, if any, do you find Mr. Freeman is entitled to on his negligence claim?

    $ **5.1 million**

(All must agree)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DAVID FREEMAN,

    Plaintiff,

v.

E.I. DU PONT DE NEMOURS
AND COMPANY,

    Defendant.

Case No. 2:13-cv-1103
CHIEF JUDGE EDMUND A. SARGUS, JR.

### JURY VERDICT INTERROGATORY

If you found in favor of Mr. Freeman on his negligence claim, do you find that Mr. Freeman has proven by clear and convincing evidence that DuPont acted with actual malice and that Mr. Freeman has presented proof of actual damages that resulted from those acts or failures to act of DuPont? ("Actual malice" means a conscious disregard for the rights and safety of other persons that has a great probability of causing substantial harm.)

Yes: X
No: ___

(All must agree)

