UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DAVID FREEMAN,

    Plaintiff,

v.

    Case No. 2:13-cv-1103
    CHIEF JUDGE EDMUND A. SARGUS, JR.

E.I. DU PONT DE NEMOURS
AND COMPANY,

    Defendant.

## JURY VERDICT FORM FOR PUNITIVE DAMAGES CLAIM AND ATTORNEY FEES

In addition to actual damages, we, the jury, make:

    No additional award to Mr. Freeman _____. (If you check this box, do not complete the rest of this Verdict Form.)

    An additional award to the Mr. Freeman of $ _500,000.00_.

    Choose only one.

(All must agree)



Do you also find that Defendant is liable for Plaintiff's attorney fees?

    Yes __X__.

    No _____.

    Choose only one. (If you decide that attorney fees should be awarded, do not insert an amount. The Judge will decide the amount of such fees.)

(All must agree)

