IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | CASE NO. 2:13-MD-2433 |
| | JUDGE EDMUND A. SARGUS, JR. |
| **This document relates to:** | MAGISTRATE JUDGE ELIZABETH P. DEAVERS |
| *Freeman v. E. I. du Pont de Nemours and Company, No. 2:13-CV-1103* | |

### ORDER

Upon consideration of DuPont's Unopposed Motion for Stay and Approval of Supersedeas Bond, the Court **GRANTS** DuPont's Motion, approves the supersedeas bond, and stays execution of the negligence and punitive damage components of the Court's July 11, 2016 judgment during the pendency of any post-trial motions and any appeal from the Court's July 11, 2016 judgment.

**IT IS SO ORDERED.**

7-25-2016
DATE

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**