UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E. I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJUSTRY LITIGATION,

Civil Action 2:13-md-2433
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

This document relates to:

*David Freeman v. E. I. du Pont de Nemours and Company*, Case No. 2:13-CV-1103

## DISPOSITIVE MOTIONS ORDER NO. 19

### DuPont's Rule 50 Motions

This matter is before the Court on DuPont's Motion for Judgment as a Matter of Law on Trial Plaintiff David Freeman's Claims (ECF No. 4569), and DuPont's Renewed Motion for Judgment as a Matter of Law on Trial Plaintiff David Freeman's Claims and Motion to Strike Cancerphobia Evidence (ECF No. 4578). The Court took oral argument on these motions during trial on June 17, 2016 and July 1, 2016, respectively. For the reasons set forth in open court on those dates, the Court **DENIES** both of DuPont's motions.

**IT IS SO ORDERED.**

7-26-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE