# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE: E.I. DU PONT DE                    Case No. 2:13-md-2433
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

This document relates to: *Freeman v. E. I. du Pont de Nemours and Company*, Case No. 2:13-cv-1103

## JOINT MOTION TO EXTEND TIME FOR RESPONSE TO PLAINTIFF'S MOTION FOR DETERMINATION AND ENTRY OF AWARD OF ATTORNEYS' FEES

Defendant E. I. du Pont de Nemours and Company ("DuPont") and Plaintiff David Freeman ("Plaintiff") hereby jointly move for a fourteen-day extension of the time for DuPont to file its response to Plaintiff's Motion for Determination and Entry of Award of Attorneys' Fees (Doc. # 147, filed in Case No. 2:13-cv-1103) (the "Motion"), extending DuPont's deadline through October 25, 2016.

 _/s Michael A. London_                     _/s Aaron T. Brogdon_
Michael A. London                          Damond R. Mace (0017102) (Trial Attorney)
DOUGLAS & LONDON, P.C.                      SQUIRE PATTON BOGGS (US) LLP
59 Maiden Lane, 6th Fl.                     4900 Key Tower
New York, New York 10038                    127 Public Square
(212) 566-7500 (Phone)                      Cleveland, Ohio  44114
(212) 566-7501 (Fax)                        (216) 479-8500 (Phone)
Email: mlondon@douglasandlondon.com         (216) 479-8780 (Fax)

           -and-                            C. Craig Woods (0010732)
                                            Aaron T. Brogdon
                                            SQUIRE PATTON BOGGS (US) LLP
                                            2000 Huntington Center
Robert A. Bilott                            41 South High Street
Taft Stettinius & Hollister LLP             Columbus, Ohio
425 Walnut Street, Suite 1800

Cincinnati, OH 45202-3597
(513) 381-2838 (Phone)
(513) 381-0205 (Fax)
Email: bilott@taftlaw.com

        -and-

Jon C. Conlin
CORY WATSON CROWDER & DEGARIS
Suite 200
2131 Magnolia Avenue
Birmingham, AL 35205
(205) 328-2200 (Phone)
(205) 324-7896 (Fax)
Email: jconlin@cwcd.com

*Co-Leads of Plaintiffs' Steering Committee*

(614) 365-2700 (Phone)
(614) 365-2499 (Fax)
Email: aaron.brogdon@squirepb.com

*Attorneys for Defendant E. I. du Pont de Nemours and Company*

## <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the foregoing was electronically filed with this Court's CM/ECF system on this 7th day of October 2016 and accordingly served automatically upon all counsel of record for this matter.

<u>*s/* Damond R. Mace</u>
Damond R. Mace (0017102)